AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JIANAN XU<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:24-mj-569 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____between 4/11/23 and 5/8/23_____ in the county of _____Franklin_____ in the

_____Southern_____ District of _____Ohio and elsewhere_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1956(a)(1)(A) and (B), and did aid and abet therein, all in violation of Title 18, United States Code, Section 1956(h). | Conspiracy to Launder Monetary Instruments |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Stephen Blunk*
*Complainant's signature*

STEPHEN BLUNK, Special Agent IRS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____Nov. 26, 2024_____

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state:  _____Columbus, Ohio_____

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Stephen Blunk, being first duly sworn, hereby state as follows:

## I.      INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Treasury, Internal Revenue Service, Criminal Investigations (IRS-CI).  I have been employed as an IRS-CI Special Agent since August 1998 and am presently assigned to the Cincinnati Field Office, Columbus, Ohio, post of duty.  During my employment with IRS-CI, I have investigated violations of the Internal Revenue laws and related offenses, including but not limited to money laundering.  As an IRS-CI Special Agent, I have investigated or been involved in investigations related to violations of offenses under Titles 18, 21, 26, and 31 of the United States Code.

2.      The information set forth in this affidavit comes from my personal involvement in this investigation, as well as information provided to me by other law enforcement officers. I have not included every fact known to me concerning this criminal activity, but only the facts that I believe are essential to establish the necessary foundation for this affidavit.

3.      Your affiant, along with Drug Enforcement Administration (DEA) agents and task force officers, is, and has been, investigating JINAN XU ("XU"), and others, for various offenses related to the concealment of, and facilitating the domestic and international movement of, narcotics proceeds collected throughout the U.S.  This affidavit is based upon my personal knowledge; information from witnesses and other law enforcement personnel, both domestic and foreign; my review of documents and other evidence; and my personal training, experience, and advice received, concerning XU's money laundering activities.

4.      Based on the facts set forth herein, my experience, and the experience of other law enforcement officers with whom I have conferred, I submit that there is probable cause to believe that beginning at least by April 11, 2023, and continuing through approximately May 8, 2023, in the Southern District of Ohio and elsewhere, XU knowingly engaged in a conspiracy to launder illicit proceeds, in violation of 18 U.S.C. § 1956(h).

## PROBABLE CAUSE

),

11

**CONCLUSION**

40.     Based on the facts contained in this affidavit, there is probable cause to believe that from beginning on or about, April 11, 2023, and continuing through approximately May 8, 2023, XU did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to launder monetary instruments, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, by conducting and attempting to conduct such financial transactions involving the proceeds of specified unlawful activity, that is the unlawful distribution of a controlled substance, with the intent to promote the carrying on of the specified unlawful activity, and knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, and to avoid the transaction reporting requirements under State and Federal law, in violation of Title 18, United States Code, Sections 1956(a)(1)(A) and (B), and did aid and abet therein, all in violation of Title 18, United States Code, Sections 1956(h).

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

_____
Stephen Blunk, Special Agent
Internal Revenue Service, Criminal Investigation

Subscribed and sworn to before me on November____26____, 2024

_____
Kimberly A. Jolson
United States Magistrate Judge

13