**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**v.**

**Case No. 2:26-cr-67**

**Judge Michael H. Watson**

**Jianan Xu,**

**ORDER**

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 42. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**